IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., ) | CASE NO. 1:05-cv-0282 AWI TAG |
| Plaintiff, ) | ORDER VACATING SCHEDULING CONFERENCE |
| v. ) | |
| MARIA G. RODRIGUEZ, ) | (Docs. 5, 10) |
| Defendant. ) | |

On May 4, 2005, the Court ordered that the scheduling conference in this case be reset from June 1, 2005 to July 28, 2005. (Court Doc. 5). However, in the interim, Defendants failed to answer or otherwise respond to Plaintiff's complaint, and, on July 25, 2005, the Clerk of the Court entered default against Maria G. Rodriguez, the named Defendant in this case. (Court Doc. 9). On July 26, 2005, Plaintiff filed an ex parte application for an order vacating the July 28, 2005 scheduling conference (Court Doc. 10) and an application for default judgment (Court Doc. 11). On July 27, 2005, Plaintiff filed a first amended application for default judgment. (Court Doc. 16).

In light of the Clerk's entry of default and Plaintiff's pending application for default judgment (Court Doc. 16), good cause exists to grant Plaintiff's application for an order vacating the pending scheduling conference. Accordingly, Plaintiff's application for an order vacating the July 28, 2005 scheduling conference (Court Doc. 10) is GRANTED, and the scheduling conference is VACATED.

IT IS SO ORDERED.

**Dated:   July 27, 2005**            **/s/ Theresa A. Goldner**
j6eb3d                                UNITED STATES MAGISTRATE JUDGE

1