# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, Inc., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARIA G. RODRIGUEZ, individually and doing business as RESTAURANTE LA SIERRA,<br><br>　　　　Defendant.<br>_____/ | CASE NO.  1:05cv0282 AWI TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT<br><br>(Doc. 20) |

　　　　Pursuant to a notice filed on March 5, 2004, Plaintiff Garden City Boxing Club, Inc. moved for a default judgment against defendant Maria G. Rodriguez. Defendant made no appearance and filed no papers in this action.

　　　　On September 7, 2005, the Magistrate Judge filed findings and recommendations recommending that plaintiff be granted a $8,620.00 default judgment. The findings and recommendations were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within ten (10) days. See, Rules 5(a) and 55(b)(2), Federal Rules of Civil Procedures. No objections have been filed.

　　　　In accordance with the provisions of 28 U.S.C. §636(b)(1)(C) and Local Rule 73-305, the Court has carefully reviewed the entire file. The Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, it is HEREBY ORDERED THAT:

1. The findings and recommendations issued by the Magistrate Judge on September 7, 2005, are ADOPTED in full.
2. Plaintiff is granted default judgment in the amount of $8,620.00.

IT IS SO ORDERED.

**Dated:   October 13, 2005**                         **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE