1 | DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
2 | DEBRA D. LEW, ESQ. (State Bar # 114537)
COOK, PERKISS & LEW
3 | A PROFESSIONAL LAW CORPORATION
333 Pine Street, Suite 300
4 | San Francisco, CA 94104-3381
Mailing Address: P.O. Box 270
5 | San Francisco, CA 94104-0270
Tel.: (415) 989-4730   Fax: (415) 989-0491
6 | File No. 50,484

**FILED**

FEB 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

7 | Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | FRESNO DIVISION

11 |

12 | GARDEN CITY BOXING CLUB, INC.,  )   CASE NO. 105-CV-0282-AWI-TAG
                                    )
13 |        Plaintiff,               )
                                    )   [~~PROPOSED~~] ORDER AUTHORIZING
14 | vs.                             )   PROCESS SERVER TO LEVY EXECUTION
                                    )   PURSUANT TO C.C.P. § 699.080
15 | MARIA G. RODRIGUEZ, individually)
     and dba Restaurante La Sierra,  )
16 |                                 )
            Defendant.               )
17 | _____ )

18 |       Based upon the Declaration of David J. Cook, Esq., and finding that DDS Legal Support

19 | System/VSC Attorney Service is a registered process server, having filed a certificate of

20 | registration with the County Clerk, Orange County Superior Court, and otherwise authorized to

21 | perform the services pursuant to C.C.P. § 699.080, and furthermore finding that the use of a

22 | private process server would serve the interest of justice in relieving the United States Marshall

23 | from effectuating certain types of services necessary to effectuate collection of the Judgment

24 | herein, and furthermore finding that the use of a process server is routine in the enforcement of a

25 | Judgment, and authorized by California law, which is applicable herein under F.R.C.P. 69 and

26 | Bkrtcy.C. § 7069, and upon ex parte application, and for good cause appearing, therefore,

27 |       IT IS HEREBY ORDERED that Plaintiff may employ the services of DDS Legal Support

28 | System/VSC Attorney Service to perform the duties and responsibilities of a levying officer as

1  defined under C.C.P. § 699.080.

2      IT IS FURTHER ORDERED that DDS Legal Support System/VSC Attorney Service shall
3  comply with the requirements of the California Code of Civil Procedure in the enforcement of
4  judgments, consistent with and in conformity to C.C.P. § 699.080.

6  DATED:  2-6-08

    ANTHONY W. ISHII
    JUDGE OF THE UNITED STATES
    DISTRICT COURT

F:\USERS\DJCNEW\LASIERRA.EXPS

[PROPOSED] ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 - CASE NO. 105-CV-0282-AWI-TAG    2